PROPOSED ORDER/COVER SHEET

TO:  Honorable Howard Lloyd            RE:  JOHN STEPHEN
     U.S. Magistrate Judge                  SACROSANTE

FROM: Claudette M. Silvera, Chief       DOCKET NO.:  CR 05-00639 RMW
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

             Hien T. Nguyen                        408-535-5027
     U.S.                                      TELEPHONE NUMBER

RE:  MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall not use alcohol and shall submit to alcohol testing and counseling as deemed appropriate by Pretrial Services.

B.

☐ Bail Revoked/Bench Warrant Issued.

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

FILED
OCT 19 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JUDICIAL OFFICER

October 19, 2005
DATE