IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 3/23/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JOHN SACROSANTE,<br><br>        Defendant. | No. CR 05-00639 RMW<br><br>**ORDER CONTINUING<br>HEARING AND EXCLUDING TIME** |

The parties have jointly requested a continuance of the hearing set for March 20, 2006, on grounds the parties are close to a resolution, but additional time is needed because both counsel are relatively new to the case. Also, the defense requires additional time to prepare.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 20, 2006, be continued to April 3, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 20, 2006, to April 3, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 3/23/06              /s/ Ronald M. Whyte
                                          RONALD M. WHYTE
                                          United States District Judge