## PROPOSED ORDER/COVER SHEET

TO: Honorable Richard Seeborg  
U.S. Magistrate Judge

RE: John Sacrosante

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR05-00639 RMW

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson  
U.S. Pretrial Services Officer

510-637-3752  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

**FILED**  
JUN − 8 2006  
RICHARD W.  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. Once the defendant completes his residential program, he shall reside at 165 Blossom Hill Road, #103 in San Jose, California, and shall not change residence without prior approval of Pretrial Services; and

B. The defendant shall submit to electronic monitoring and contribute to the cost, at the direction of Pretrial Services.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

Other Instructions:

_____  
JUDICIAL OFFICER

DATE 6/8/06

Cover Sheet (12/03/02)