UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN SACROSANTE,<br> aka, John Hayden,<br> aka Steven Laird Gross,<br><br>  Defendant. | No. CR-05-00639-RMW<br><br>[Proposed]<br>ORDER |

On May 1, 2006, the Court held a hearing to consider a Pretrial Services violation notice regarding the defendant, John Sacrosante. At the hearing, the parties discussed the defendant's recent name change. The government expressed concern regarding the defendant's name change – now "John Hayden." The defense agreed to amend the caption section of this case to reflect the defendant's new name. The defense agrees to further amend the caption to include the defendant's birth name "Steven Laird Gross."

IT IS HEREBY ORDERED that the caption section of this case and all documents, including the Information, plea agreement, pre-sentence report and judgment and commitment order, shall be amended and/or reflect the defendant's name John Sacrosante, as charged in the Information, and aliases (or new name) of John Hayden and Steven Laird Gross.

Date: 6/8/06

RICHARD SEEBORG
United States Magistrate Judge

Approved as to form and content
Lara Vinnard, Esq.
Counsel for the defendant

June 8, 2006