BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SACROSANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION             *E-FILED - 8/22/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00639 RMW |
| ) | |
| Plaintiff, ) | **STIPULATION TO MODIFY** |
| ) | **CONDITION OF PROBATION** |
| v. ) | **PURSUANT TO FED. R. CRIM. P. 36;** |
| ) | **[] ORDER** |
| JOHN SACROSANTE, ) | |
| aka John Hayden, aka Stephen Laird Gross, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant John Sacrosante was sentenced to one year of probation on July 17, 2006, subject to several conditions of probation, including the condition that he may not hold himself out as a military officer.  Apparently due to clerical error, the written description of this condition is described inaccurately in the Judgment filed July 21, 2006.  Accordingly, defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, this special condition of probation may be modified as set forth herein.

Specifically, the Court ordered from the bench that Mr. Sacrosante shall not be involved in any military related work, and shall not hold himself out as an employee or representative of the military, orally, or through dress, or otherwise.  However, as written, Condition 11 of the Special Conditions states that Mr. Sacrosante "shall not participate in any 'War Gaming: Strategic and Tactical Scenario Play'."  *See* Judgment, page 3 of 6.  This language had been

1 proposed by the Probation Officer, but was opposed by the defense, and was not adopted by the
2 Court when the Court ruled from the bench.
3     Rule 36 of the Federal Rules of Criminal Procedure allows the Court, "[a]fter giving any
4 notice it considers appropriate, [to] at any time correct a clerical error in a judgment, order, or
5 other part of the record, or correct an error in the record arising from oversight or omission."
6 Fed. R. Crim. P. 36. The error in this case appears to be a result of oversight. Because the
7 parties jointly request that the Court correct the error, no further notice is required.
8     Accordingly, the parties respectfully request that the Court modify Special Condition 11
9 and direct the Probation Office to issue an amended list of Special Conditions, as set forth in the
10 proposed order submitted herewith.
11     IT IS SO STIPULATED.

12 Dated: 8/10/06                                         _____/s/_____
                                                            LARA S. VINNARD
13                                                              Assistant Federal Public Defender

14 Dated: 8/10/06                                         _____/s/_____
                                                             CARLOS SINGH
15                                                              Assistant United States Attorney

16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00639 RMW |
| ) | |
| Plaintiff, ) | **[ ] ORDER MODIFYING** |
| ) | **CONDITION OF PROBATION** |
| v. ) | **PURSUANT TO FED. R. CRIM. P. 36** |
| ) | |
| JOHN SACROSANTE, ) | |
| aka John Hayden, aka Stephen Laird Gross, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the Court HEREBY ORDERS that Condition Number 11 of Defendant John Sacrosante's Special Conditions of Probation be modified to read as follows:

The defendant shall not be involved in any military related work, and shall not hold himself out as an employee or representative of the military, either orally, or through dress, or otherwise.

The Court HEREBY ORDERS that the Probation Office shall modify the defendant's Special Conditions of Probation consistently with this order.

IT IS SO ORDERED.

Dated:  8/17/06

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

STIP AND ] ORDER MODIFYING
CONDITION OF PROBATION
No. CR 05-00639 RMW                                3